UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Edward W Thorp  
    Ann M Thorp  
        Debtor(s)

Case No. 13-30605

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/23/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,110.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $640.00 |
| Less amount refunded to debtor | $495.04 |

**NET RECEIPTS:** $144.96

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $24.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $24.96

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| MOHELA STUDENT LOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| N AGV 10 NAPERVILLE SURGICAL/LC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE SURGICAL ASSOC | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGISTS AT ST MA | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| OFS ST ELIZABETH MEDICAL CENTE | Unsecured | 2,510.00 | NA | NA | 0.00 | 0.00 |
| OTTAWA REGIONAL HOSPITAL & HE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE CARDIOVASCULAR CONSUL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ST MARYS FAMILY PRACTICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ST MARYS HOSPITAL STREATOR/FIR | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS/AFNI INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATIO | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| AT&T/ENHANCED RECOVERY COMP | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY/SOUTHWEST CRED | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| ACVANCED MEDICAL TRANSPORT/A | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE BROMENN MEDICAL/H& | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA PAIN SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGY CONSULTANTS/C | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS/CR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOC/DEPE | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| CANER CELEBOGLU MDSC/CREDITC | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE/PENISTER KAUFMAN & | Unsecured | 2,620.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD/MIDLAND CREDIT MAI | Unsecured | 1,480.00 | NA | NA | 0.00 | 0.00 |
| COMED 26499/CONTACT CALLERS IN | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL/ST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK/AFNI INC | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL/MERCHANTS CF | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GARG REKESH MD/CREDITORS DISC | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| GARY FINKELSTEIN MD/COLLECTIO | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| HSBC/ORCHARD BANK/SOURCE REC | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS UROLOGIC HEALTH SURGE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| KMB CLINICAL PATHOLOGY/PRO CO | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM/CREDIT PROTECTION AS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC DIABETES/MONTEREY | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| US BANK AUTO FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ZALES/MIDLAND FUNDING | Secured | 500.00 | NA | NA | 120.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $120.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$120.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $24.96 |
| Disbursements to Creditors | $120.00 |
| **TOTAL DISBURSEMENTS :** | **$144.96** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013                    By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.